BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-MC-00080-KJM-AC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $5,600.00 IN U.S. CURRENCY,  and | |
| APPROXIMATELY $6,740.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Jamin Rife ("claimants" or "Rife") and Ashley Piccinich ("claimants" or "Piccinich") by and through their respective counsel, as follows:

1.   On or about January 29, 2016, claimants Rife and Piccinich filed claims in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $5,600.00 in U.S. Currency ("Rife currency") and the Approximately $6,740.00 in U.S. Currency ("Piccinich currency" and together with the Rife currency, collectively, the "defendant currency"), which was seized on November 11, 2015.

2.   The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is April 29, 2016.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 27, 2016.

Dated: 4/28/16

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/28/16

/s/ Michael Stepanian
MICHAEL STEPANIAN
Attorney for Claimants
Jamin Rife and Ashley Piccinich

(authorized by phone)

IT IS SO ORDERED

Dated: May 3, 2016

_____
UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time to File Complaint